IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| JOHN DOE (JDC), | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO. 3:24-cv-00696 |
| | ) | |
| WILLIAM B. LEE, et al., | ) | JUDGE CAMPBELL |
| | ) | MAGISTRATE JUDGE |
| Defendants. | ) | HOLMES |

## ORDER

This case is **REFERRED** to the Magistrate Judge for customized case management in accordance with Local Rule 16.01. All existing case management dates, deadlines, and trial settings remain in effect.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE